IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL NO. 07-204-DRH |
| | : | |
| ONE 2001 FORD RANGER XLT 4X4, VIN: 1FTZR15E71TA89265, AND ALL ATTACHMENTS, EQUIPMENT, AND ACCESSORIES THERETO, | : | |
| | : | |
| DEFENDANT. | : | |

**JUDGMENT AND DECREE FOR FORFEITURE**

Upon Motion of the United States for entry of a Judgment and Decree for Forfeiture against said defendant, this Court hereby finds as follows:

On the 22nd day of March, 2007, a Verified Complaint for Forfeiture against the defendant, more further described as:

> **One 2001 Ford Ranger XLT 4X4, VIN: 1FTZR15E71TA89265, with all accessories, attachments and components thereon**

was filed on behalf of the plaintiff, United States of America. The Complaint alleges that said vehicle constitutes a conveyance which was used or intended to be used, to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance, and is thus subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a warrant of arrest issued by this Court, the United States Marshal for this District seized said property on April 26, 2007;

That on April 4, 2007, April 11, 2007 and April 18, 2007, notice of this action was published

in the O'Fallon Legal Reporter newspaper; the Certificate of Publication was filed with this court on April 25, 2007;

That Richard Adams and Vicky Adams signed a Stipulation and Consent to Forfeiture on May 5, 2007, abandoning any and all claims to said vehicle and agreeing that said vehicle may be forfeited civilly by the United States;

That no other person or entity filed a claim or other responsive pleading.

Now, therefore, on motion of the plaintiff, United States of America, for a Judgment and Decree of Forfeiture, it is hereby ordered as follows:

a. That a default judgment is hereby entered against all interested parties other than Richard Adams and Vicki Adams; and

b. That the subject-matter property consisting of **One 2001 Ford Ranger XLT 4X4, VIN: 1FTZR15E71TA89265, with all accessories, attachments and components thereon** is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party except as stated below. The defendant property shall be disposed of according to law by the United States Marshal.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff, United States of America, and against the defendant as described above.

The Clerk shall mail a copy of this Order to Justin A. Kuehn at 23 Public Square, Suite 450, Belleville, Illinois 62220.

**DATE:** August 20, 2007.

/s/      DavidRHerndon
**United States District Judge**