# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                  CIVIL ACTION NO. 07-CV-204 DRH

**ONE 2001 FORD RANGER XLT**
**4X4, VIN 1FTZR15E71TA89265,**
**AND ALL ATTACHMENTS,**
**EQUIPMENT, AND ACCESSORIES**
**THERETO**,

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This action came to hearing before the Court on Plaintiff's Motion for Entry of Judgment and Decree for Forfeiture.

    **IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED.**  Judgment is entered in favor of the Plaintiff **United States of America** and against **One 2110 Ford Ranger XLT 4X4, VIN: 1FTZR15E71TA89265, with all accessories, attachments and components thereon.**------------------------------------------------------------------------------------------------------------

                                                     **NORBERT G. JAWORSKI, CLERK**

 August 20, 2007                                        BY:     /s/Patricia Brown
                                                                       Deputy Clerk

APPROVED:  /s/     DavidRHerndon
                      **U.S. DISTRICT JUDGE**